AO442(Rev. 12/85) Warrant for Arrest

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA
V.

**LUIS AGUILAR-GOMEZ**

## WARRANT FOR ARREST

CASE NUMBER: **07-054-M-01**

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest ___LUIS AGUILAR-GOMEZ___
Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment   ☐ Information   ☒ Complaint   ☐ Order of Court   ☐ Violation Notice   ☐ Probation Violation Petition

**FILED**
MAR 0 1 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

charging him or her with (brief description of offense)

an alien who previously has been deported and removed from the United States, was found in the United States without first having obtained permission from the Attorney General to reenter the United States, and without having been inspected by an Immigration Official, as required by laws of the United States

in violation of Title __8__ United States Code, Section(s) __§ 1326(a)__.

ALAN KAY
U.S. MAGISTRATE JUDGE

Name of Issuing Officer

_/s/ Alan Kay_
Signature of Issuing Officer

Title of Issuing Officer

FEB 2 3 2007   District of Columbia
Date and Location

Bail fixed at $ _____   by _____
Name of Judicial Officer

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at ___REPORTING___   ___Reporting___

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 2-23-07 | DAVID BALDWIN SDUSM | David Baldwin |
| DATE OF ARREST | | |
| 3-01-07 | | |