IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO.: |
| | : | |
| v. | : | MAGISTRATE NO.: 07-54M-01 |
| | : | |
| LUIS AGUILAR-GOMEZ, | : | VIOLATIONS: |
| | : | |
| | : | 8 U.S.C. § 1326(a) |
| Defendant. | : | (Unlawful Reentry of a Removed Alien) |
| | : | |
| | : | |

## INFORMATION

The United States Attorney informs the Court:

### COUNT ONE

On or about December 16, 2006, within the District of Columbia, Defendant **LUIS AGUILAR-GOMEZ**, an alien who previously has been deported and removed from the United States, was found in the United States without first having obtained permission from the Attorney General to reenter the United States, and without having been inspected by an Immigration Official, as required by laws of the United States.

(**Unlawful Reentry of a Removed Alien**, in violation of Title 8, U.S.C. Section 1326(a)).

        JEFFREY A. TAYLOR
        United States Attorney
        D.C. Bar No. 498610


By: _____
        PRECIOUS MURCHISON
        Assistant United States Attorney
        Maryland Bar
        555 Fourth Street, N.W.
        Washington, D.C. 20530
        (202) 307-6080
        Precious.Murchison@usdoj.gov