## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : CRIMINAL NO.: |
| | : |
| v. | : MAGISTRATE NO.: 07-54M-01 |
| | : |
| LUIS AGUILAR-GOMEZ, | : VIOLATIONS: |
| | : |
| | : 8 U.S.C. § 1326(a) |
| **FILED** | : (Unlawful Reentry of a Removed Alien) |
| Defendant. | : |
| | : |

**FILED**

MAR 16 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### FACTUAL PROFFER
### IN SUPPORT OF GUILTY PLEA

The United States, by and through its attorney, the United States Attorney for the District of Columbia, respectfully submits this statement of facts which the United States would have presented if this matter had gone to trial. The facts presented below show, beyond a reasonable doubt, that on or about December 16, 2006, LUIS AGUILAR-GOMEZ (the "Defendant"), was present in the United States in violation of federal law.

The Defendant was arrested in Calexico, California on August 17, 2000, and agents of U.S. Immigration and Customs Enforcement ("ICE") determined that he was a citizen and national of Mexico, who was present in the United States illegally. On August 17, 2000, an Immigration Officer signed an Oder of Removal, and the Defendant was removed from the U.S. and returned to Mexico the same day. At the time of his removal, the Defendant was informed that he could not return to the U.S. without permission of the Attorney General.

Nevertheless, the Defendant subsequently returned to the District of Columbia, without permission to do so, and was arrested in Washington, D.C. on April 11, 2006. The Order of Removal issued on August 17, 2000 was reinstated, and the Defendant was removed from the U.S.

and returned to Mexico on May 2, 2006. Prior to his removal, the Defendant was informed that he could not return to the U.S. without permission of the Attorney General.

Again, the Defendant subsequently returned to the District of Columbia, without permission to do so. On December 16, 2006, the Defendant was arrested in the 1700 block of Columbia Road, Northwest, Washington, D.C. The Defendant had not obtained the Attorney General's permission to return, and, accordingly, he was present in the U.S. after removal, in violation of federal law.

The foregoing proffer is a summary of the Defendant's participation in the offense of Unlawful Reentry of a Removed Alien, and is not intended to be a complete account of all facts and events related to the offense. The limited purpose of this factual proffer is to demonstrate that a factual basis exists to support the Defendant's guilty plea in this case.

Respectfully submitted,

JEFFREY A. TAYLOR
United States Attorney
D.C. Bar No. 498610

By:

PRECIOUS MURCHISON
Assistant United States Attorney
Maryland Bar
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 307-6080
Precious.Murchison@usdoj.gov

2

## Defendant's Acceptance of Factual Proffer

I have read this Factual Proffer in Support of Guilty Plea and carefully reviewed every part of it with my attorney. I am fully satisfied with the legal services provided by my attorney in connection with this Factual Proffer and all matters relating to it. I fully understand this Factual Proffer and voluntarily agree to it. No threats have been made to me, nor am I under the influence of anything that could impede my ability to understand this Factual Proffer fully. No agreements, promises, understandings, or representations have been made with, to, or for me other than those set forth above.

03/16/07
_____
Date

Luis Aguilar Gomez
_____
Luis Aguilar-Gomez


## Defense Counsel's Acknowledgment

I am Luis Aguilar-Gomez's attorney. I have reviewed every part of this Factual Proffer in Support of Guilty Plea with him. It accurately and completely sets forth the Factual Proffer agreed to by the Defendant and the Office of the United States Attorney for the District of Columbia.

3/16/07
_____
Date

Rita Bosworth
_____
Rita Bosworth, Esq.

3