AO 455 (Rev. 5/85) Waiver of Indictment

# United States District Court

_____ DISTRICT OF _____

**FILED**
MAR 1 6 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA
v.
Luis Aguilar Gomez

WAIVER OF INDICTMENT

CASE NUMBER: 07-0056

I, _Luis Aguilar Gomez_, the above named defendant, who is accused of

_Unlawful Reentry of a Removed Alien_

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on _March 16, 2007_
                                                    Date
prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_Luis Aguilar Gomez_
Defendant

_Rita Bosworth_
Counsel for Defendant

Before _[signature]_
         Judicial Officer