**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

UNITED STATES
    Plaintiff,

  vs.                                        Criminal No. 07-56

LUIS AGUILAR GOMEZ
    Defendant.

## **ORDER**

    The U.S. Probation Department shall prepare and file a pre-sentence report by no later than **MAY 23, 2007**; defendant's memorandum lf law, if any shall be filed by no later than **MAY 30, 2007**; the Government's memorandum of law, if any shall be filed by no later than **JUNE 6, 2007**, a reply, if any shall be filed by no later than **JUNE 13, 2007**, ; and it is further

    ORDERED that the defendant shall be sentenced in Courtroom Number 24A, 4th Floor on **JUNE 20, 2007 AT 10:00 A.M.**

    IT IS SO ORDERED.

    DATE: MARCH 19, 2007        EMMET G. SULLIVAN
                                              UNITED STATES DISTRICT JUDGE