UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA,   )<br>                               )<br>                               )<br>          v.                  )   Criminal No. 07-56 (EGS)<br>                               )<br>LUIS AGUILAR-GOMEZ,            )<br>                               )<br>          Defendant.           )<br>                               ) | |

### ORDER

In a hearing before Magistrate Judge Facciola on March 16, 2007, defendant entered a plea of guilty. On March 19, 2007, the magistrate judge issued a Report and Recommendation advising the Court to accept defendant's plea. The Court has received no objection to the Report and Recommendation. *See* Local Crim. R. 57.19(b) ("Any party may file written objections to the magistrate judge's proposed findings and recommendations . . . within ten days after being served with a copy thereof."). Accordingly, the Court hereby adopts the recommendation of the magistrate judge and accepts defendant's guilty plea.

**SO ORDERED.**

Signed:   Emmet G. Sullivan
          United States District Judge
          April 5, 2007