UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) Criminal No. 07-56 (EGS) |
| | ) |
| LUIS AGUILAR-GOMEZ, | ) |
| | ) |
| Defendant. | ) |

FILED
APR 20 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**ORDER**

On **March 16, 2007**, the defendant pleaded guilty to the One Count Information. Accordingly, it is hereby

**ORDERED** that the United States Probation Department shall prepare and file a pre-sentence report by no later than **May 25, 2007**; and it is

**FURTHER ORDERED** that defendant's memorandum of law, if any, shall be filed by no later than **June 1, 2007**; the Government's memorandum of law, if any, shall be filed by no later than **June 8, 2007**; defendant's reply, if any, shall be filed by no later than **June 15, 2007**; and it is

**FURTHER ORDERED** that the defendant shall be sentenced by the undersigned Judge in Courtroom 24A, 4th Floor, on **June 20, 2007** at **10:00 a.m.**

Signed:   Emmet G. Sullivan
         United States District Judge
         April 20, 2007