PROB 12A-DC
(Rev. 03/07)

FILED
AUG - 1 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE
THE DISTRICT OF COLUMBIA

U.S.A. vs. **Luis Aguilar-Gomez**　　　　　　　　　　　Docket No.: **07-00056-01**

### REQUEST FOR COURSE OF ACTION
(Issuance of Warrant)

COMES NOW **Elizabeth Suarez**, PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of **Luis Aguilar-Gomez**, who was placed on Supervised Release by the Honorable Emmet G. Sullivan, United States District Judge, sitting in the Court at Washington, D.C., on the **20th** day of **June, 2007**, who fixed the period of Supervised Release at **one** year, and imposed the general terms and conditions of Supervised Release theretofore adopted by the Court, and also imposed special conditions and terms as follows:

1. The defendant shall comply with the Bureau of Immigration and Customs Enforcement's immigration process. If deported, the defendant shall not re-enter the United States without legal authorization during the period of supervision. Should he receive permission to return to the United States, he shall report to the U.S. Probation Office in the area where he intends to reside within 72 hours of his return.

On March 16, 2007, Luis Aguilar-Gomez pled guilty to a one-count Information charging Re-Entry of Removed Alien, in violation of 8 USC § 1326(a). On June 20, 2007, the Court sentenced Mr. Luis Aguilar-Gomez to time served followed by a one-year term of supervised release to follow. Supervision commenced on June 21, 2007 and will expire on June 20, 2008.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

### Statement of Alleged Violation of Supervised Release

1. The defendant failed to report to the probation office within 72 hours of release from custody of the Bureau of Prisons and his current whereabouts are unknown. **(Standard Condition)**

Luis Aguilar-Gomez
Docket No.: 07-00056-01
Page 2

**PRAYING THE COURT WILL ORDER** the issuance of a no-bail warrant for Luis Aguilar-Gomez as a supervised release violator.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _July 30, 2007_

_____
Elizabeth Suarez
United States Probation Officer
Tel: (202) 565-1341


Approved By: _____
Brian D. Shaffer, Supervising
United States Probation Officer
Tel: (202) 565-1338


**Notice of Delivery To Parties:**

Precious Murchison, AUSA
555 Fourth Street, NW
Suite 4840
Washington, DC 20530

Rita Bosworth
Defense Counsel
625 Indiana Avenue, NW
Suite 550
Washington, DC 20004