UNITED STATES DISTRICT COURT
FOR THE
THE DISTRICT OF COLUMBIA

FILED
AUG - 1 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

U.S.A. vs. **Luis Aguilar-Gomez**                     Docket No.: **07-00056-01**

## REQUEST FOR COURSE OF ACTION

PRAYING THE COURT WILL ORDER the issuance of a no-bail warrant for the arrest and detention of **Luis Aguilar-Gomez**.

## ORDER OF COURT

Considered and ordered this  31st  day of  JULY , 2007.

_____
Emmet G. Sullivan
United States District Judge