IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Cr. Case No. 07-00056 (EGS) |
| | : | |
| **LUIS AGUILAR-GOMEZ,** | : | |
| | : | |
| Defendant. | : | |

NOTICE OF CHANGE IN COUNSEL
FROM THE OFFICE OF THE FEDERAL PUBLIC DEFENDER

The Office of the Federal Public Defender respectfully advises the Court that Assistant Federal Public Defender, W. Gregory Spencer has assumed responsibility for the defense of Luis Aquilar-Gomez in the above-captioned case. Mr. Aguilar-Gomez's case had previously been assigned to Assistant Federal Public Defender, Rita B. Bosworth.

Respectfully submitted,

 /s/
W. Gregory Spencer
Assistant Federal Public Defender
625 Indiana Avenue, N.W.
Washington, D.C. 20004
(202) 208-7500